UNITED STATES DISTRICT COURT
MIDDLE DISTRICT O F TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Casey Henry, ) | |
| ) | Case No. 3:11-cv-0171 |
| Plaintiff, ) | Judge Haynes |
| ) | Magistrate Judge Bryant |
| v. ) | |
| ) | |
| DCI Donor Services, Inc., ) | |
| ) | |
| Defendant ) | |

ENTRY OF JUDGMENT

Pending before the Court is Plaintiff's Notice of Acceptance of Offer of Judgment from Defendant (Docket Entry No. 16). This Notice of Acceptance is submitted in compliance with the requirements of Fed. R. Civ. P. 68.

Pursuant to Fed. R. Civ. P. 68, judgment is hereby entered against Defendant DCI Donor Services, Inc. in favor of Plaintiff Casey Henry as follows:

1. $5,000.00 (five-thousand dollars) with said amount to include all of Plaintiff's damages and costs including attorney fees. Plaintiff is responsible for paying any costs, expenses and/or attorney fees in excess of this $5,000.00 judgment.

*s/ Keith Throckmorton*
Keith Throckmorton
Clerk of Court