UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CASEY HENRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No: 3:11-cv-0171 |
| vs. | ) |
| | ) |
| | ) Judge: Haynes/Bryant |
| DCI DONOR SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

It appearing to the Court that the parties have filed a joint motion to set aside the judgment entered on June 13, 2011, and to dismiss the entire case with prejudice,

It is therefore ORDERED that the judgment entered on June 13, 2011, be and hereby is set aside.

It is further ORDERED that this case, including Plaintiff's claim and Defendant's counterclaim, be and hereby is dismissed with prejudice.

_____
JOHN S. BRYANT
UNITED STATES MAGISTRATE JUDGE

APPROVED FOR ENTRY:

s/ R. Scott Jackson, Jr.
R. Scott Jackson, Jr., #013839
Attorney at Law
4525 Harding Road, Suite 200
Nashville, TN 37205
(615) 313-8188

*Attorney for Plaintiff*